# EXHIBIT “1”

# CERTIFIED TRANSCRIPT OF BRITISH REGISTRY FOR M/Y *CASINO ROYALE* ISSUED BY THE CAYMAN ISLANDS SHIPPING REGISTRY

# TRANSCRIPT OF BRITISH REGISTRY

## PARTICULARS OF SHIP

| NAME OF SHIP | NUMBER, YEAR AND PORT OF REGISTRY | OFFICIAL NUMBER |
|---|---|---|
| **CASINO ROYALE** | **11 IN 2025, BLOODY BAY** | **750316** |
| NAME & ADDRESS OF BUILDERS | TYPE OF SHIP | SIGNAL LETTERS |
| **TANKOA YACHTS SPA<br>VIA CIBRARIO, 1H<br>16154 GENOVA SESTRI PONENTE<br>ITALY** | **PLEASURE YACHT** | **ZGON** |
| | MATERIAL USED TO CONSTRUCT HULL | IMO NUMBER (IF ANY) |
| NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY) | **STEEL** | **1011197** |
| **CASINO ROYALE 10/2021 THE CREEK<br>SOLO THE CREEK** | DATE KEEL LAID | DATE MEASURED |
| | **11-DEC-2009** | **SEP-2018** |

## PRINCIPAL DIMENSIONS

| | | | |
|---|---|---|---|
| LENGTH (m): | **63.85** | THE TONNAGE(S) OF THIS SHIP IN ACCORDANCE WITH HER INTERNATIONAL TONNAGE CERTIFICATE (1969) ARE: | |
| BREADTH (m): | **11.30** | | |
| MOULDED DEPTH (m): | **6.05** | GROSS TONNAGE: | **1541** |
| MOULDED DRAUGHT (m): | **3.30** | NET TONNAGE: | **462** |
| OVERALL LENGTH (m): | **72.00** | *For ships under 24 metres length, the tonnage is the gross tonnage and net tonnage.* | |

## PARTICULARS OF ACCOMMODATION

| | |
|---|---|
| NUMBER OF SEAMEN (INCLUDING APPRENTICES) FOR WHOM ACCOMMODATION IS PROVIDED: | **18** |
| NUMBER OF PASSENGERS FOR WHOM ACCOMMODATION IS PROVIDED: | **12** |

## ENGINE AND BOILER PARTICULARS

| DESCRIPTION OF ENGINES | NAME & ADDRESS OF ENGINE MAKERS | ENGINE DETAILS | |
|---|---|---|---|
| **CAT 3516B-HD** | **CATERPILLAR INC.<br>100 NE ADAMS STREET<br>PEORIA, IL 61629<br>UNITED STATES OF AMERICA** | NO. OF SETS: | **2** |
| | | NO. OF SHAFTS: | **2** |
| | | WHEN MADE: | **2008** |
| NUMBER OF CYLINDERS IN EACH SET | DIAMETER OF CYLINDERS (mm) | LENGTH OF STROKE (mm) | |
| **16** | **170** | **215** | |
| DESCRIPTION OF BOILERS | NAME & ADDRESS OF BOILER MAKERS | BOILER DETAILS | |
| **-** | **-** | NUMBER: | **-** |
| | | WORKING PRESSURE: | **-** |
| | | WHEN MADE: | **-** |

## ADDITIONAL PARTICULARS

| ESTIMATED BRAKE POWER (kW) | ESTIMATED SPEED OF SHIP (knots) | METHOD OF PROPULSION |
|---|---|---|
| **3650** | **16** | **MOTOR** |

## NAME AND ADDRESS OF THE OWNER / NUMBER OF SIXTY-FOURTH SHARES

| NAME AND ADDRESS OF THE OWNER | NUMBER OF SIXTY-FOURTH SHARES |
|---|---|
| **SUPERIOR ADVANTAGES LIMITED<br>8/F China Hong Kong Tower<br>8-12 Hennessy Road<br>Wan Chai<br>HONG KONG** | **64 SHARES** |

DATE OF INITIAL REGISTRATION: **31 MARCH 2025.**

**OUTSTANDING MORTGAGE DETAILS**

| |
|---|
| NO MORTGAGES REGISTERED IN THE CAYMAN ISLANDS |

I hereby certify that the foregoing printed and written particulars are a true extract from the Register now in my charge, showing the descriptive particulars, present registered ownership and free of mortgages of the vessel **CASINO ROYALE**, Official Number **750316**.

DATED: 5 August 2026

**REGISTRAR OF BRITISH SHIPS**
**GEORGE TOWN**
**CAYMAN ISLANDS**

05-AUG-2026 09:44:54 (GMT-5)